FILED
CLERK
5/5/2017 4:12 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EDDIE MURDOCK,

          Plaintiffs,

  -against-                          **ORDER**
                                         15-CV-2828 (JMA)(SIL)

MICHAEL SPOSATO,

          Defendants.
-------------------------------------------------------X

**AZRACK, District Judge:**

Before the Court is a Report and Recommendation ("R&R") from Magistrate Judge Steven I. Locke recommending that the Court dismiss this action with prejudice under Federal Rule of Civil Procedure 41(b). Plaintiff has not objected to the R&R. Having conducted a review of the full record and the applicable law, and having reviewed the R&R for clear error, the Court adopts Judge Locke's R&R in its entirety.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to close this case and to mail a copy of this Order to the plaintiff at his last known address.

**SO ORDERED.**

Dated: May 5, 2017
Central Islip, New York

                                                               /s/ JMA
                                             JOAN M. AZRACK
                                             UNITED STATES DISTRICT JUDGE